# EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DENNIS BALK,

                      Plaintiff,                  Case No. 11 Civ. 0509 (JFB)

      against

NEW YORK INSTITUTE OF TECHNOLOGY and
INFOTEC CORPORATION,

                      Defendants.
----------------------------------------------------------------X

## CLERK'S CERTIFICATE

      I, ROBERT C. HEINEMANN, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on February 1, 2011, with the filing of a summons and complaint, a copy of the summons and complaint was served on April 25, 2011, on defendant Infotec Corporation by registered mail, return receipt requested, by Jean Bollbach, Deputy Clerk of the United States District Court for the Eastern District of New York, and proof of such service thereof was filed on April 26, 2011.

      I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant Infotec Corporation is hereby noted.

Dated: Central Islip, New York

                                                    ROBERT C. HEINEMAN
                                                    Clerk of the Court

                                            By: _____
                                                       Deputy Clerk