# EXHIBIT "C"

# KORNFELD & ASSOCIATES, P.C.
ATTORNEYS AT LAW
570 LEXINGTON AVENUE
17TH FLOOR
NEW YORK, NY 10022

RANDY M. KORNFELD

OREN L. SIBONY

OF COUNSEL

SAMUEL L. BRAUNSTEIN *
AMY E. TODISCO **

ADMITTED IN CT & TEXAS *
ADMITTED IN CT ONLY **

(212) 759-6767
FAX: (212) 759-6766
WWW.KORNFELDASSOCIATES.COM

ONE ELIOT PLACE
FAIRFIELD, CONNECTICUT 06430
(203) 254-1118
FACSIMILE (203) 254-2453

**BY REGISTERED MAIL and INTERNATIONAL FIRST-CLASS MAIL**

May 4, 2011

Dr. Mohamed Yossry Hussein
Infotec Corporation
23 Dr. ElSobky St. (from Dokki St.)
Dokki, Giza, Cairo, EGYPT

Dr. Mohamed Yossry Hussein
c/o New York Institute of Technology-Bahrain
Campus 851, Road 3828, Block 338
P.O. Box 11287
Adliya - BAHRAIN

    *Re:*   Dennis Balk v. New York Institute of Technology and Infotec Corp.
             11-cv-0509 (JFB)

Dear Dr. Hussein:

    We represent plaintiff Dennis Balk ("Mr. Balk") in the above-referenced action. Please take notice that Infotec Corporation ("Infotec") has been named as a defendant in the above-referenced action (the "action") and service of the summons and complaint in the action was effected upon Infotec's registered agent in the Republic of Cyprus, A. Kakofengitis & Co., Zinas Kanther 4, 3035, Limassol, Cyprus, by way of registered international mail, return receipt requested, by a Clerk of Court (the "Clerk") from the United States District Court for the Eastern District of New York on April 25, 2011. A copy of the proof of service filed by the Clerk is enclosed herewith.

    We strongly recommend that you retain appropriate legal counsel to represent you in the action as soon as possible.

KORNFELD & ASSOCIATES, P.C.

Dr. Mohamed Yossry Hussein
May 4, 2011
Page 2

The Federal Rules of Civil Procedure ("F.R.Civ.P.") provide as follows:

"(a) **Entering a Default.** When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." (F.R.Civ.P. 55[a]).

The F.R.Civ.P. further provides as follows:

"(b) **Entering a Default Judgment.**
(1) *By the Clerk.* If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk – on the plaintiff's request, with an affidavit showing the amount due – must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.
(2) *By the Court.* In all other cases, the party must apply to the court for a default judgment. [...] The court may conduct hearings or make referrals – preserving any federal statutory right to a jury trial – when, to enter or effectuate judgment, it needs to
  (A) conduct an accounting;
  (B) determine the amount of damages;
  (C) establish the truth of any allegation by evidence; or
  (D) investigate any other matter." (F.R.Civ.P. 55[b]).

In the event that Infotec does not answer or otherwise appear in response to the complaint in the action, Mr. Balk fully intends to exercise his right to apply for a default judgment pursuant to Rule 55 of the F.R.Civ.P.

We have been advised by New York counsel for defendant New York Institute of Technology, Fulbright & Jaworski, LLP, that it does not represent defendant Infotec in this action.

Very truly yours,

RANDY M. KORNFELD

RMK/cjm

Encl.
cc: Neil Sparber, Esq.
    Samantha Beltre, Esq.
    Fulbright & Jaworski, LLP
    *Attorneys for Defendant New York Institute of Technology*
    (by PDF e-mail without enclosures)

## Return Receipt for International Mail
*(Registered™, Insured and Express Mail®)*

**UNITED STATES POSTAL SERVICE®**

*Administration des Postes des Etats-Unis d'Amérique*

**Par Avion**

Postmark of the office returning the receipt / *Timbre du bureau renvoyant l'avis*

Return by the quickest route (air or surface mail), à découvert and postage free.
*A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.*

The sender completes and indicates the address for the return of this receipt.
*(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)*

Name or Firm *(Nom ou raison sociale)*
Kornfeld & Associates, P.C.

Street and Number *(Rue et no.)*
510 Lexington Ave., 17th Floor

City, State, and ZIP + 4® *(Localité et code postal)*
New York, NY 10022

UNITED STATES OF AMERICA
*Etats-Unis d'Amérique*

PS Form **2865**, March 2007      *Avis de réception*      CN07 (Old C5)

---

**Completed at destination.** *(à compléter à destination.)*

☐ The article mentioned above was duly delivered.
*(L'envoi mentionné ci-dessus a été dûment livré.)*

Signature of Addressee *(Signature du destinataire)* [signature]

Office of Destination Employee Signature *(Signature de l'agent du bureau de destination)* [signature]

Date: Bahrain — Diplomatic Area — 2011

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
*(Cet avis doit être signé par le destinataire ou, par une personne y autorisée en vertu des règlements du pays de destination, par l'agent du bureau de destination, si les règlements le comportent, et renvoyé par le premier courrier directement à l'expéditeur.)*

Postmark of the office of destination *(Timbre du bureau de destination)*

PS Form **2865**, March 2007 (Reverse)    PSN 7530-01-000-9775

---

**Completed by the office of origin.** *(A remplir par le bureau d'origine.)*

Nature de l'envoi *(Nature of Item)*
☒ Article recommandé *(Registered Article)*
☐ Insured Parcel *(Colis avec valeur déclarée)*
☐ Letter *(Lettre)*
☐ Printed Matter *(Imprimé)*
☐ Other *(Autre)*
☐ Express Mail International

Number: **RE 560 293 591 US**

Office of Mailing *(Bureau de dépôt)*

Addressee Name or Firm *(Nom ou raison sociale du destinataire)*
Dr. Mohamed Yossry Hussein c/o New York Inst. of Tech. - Bahrain

Street and No. *(Rue et no.)*
P.O. Box 11287 - Campus 851 Road 3828, Block 338

Place and Country *(Localité et pays)*
Adliya - BAHRAIN

Date of Posting *(Date de dépôt)*

---

### Receipt for Registered Mail

| | |
|---|---|
| Registered No. | **RE560293591US** |
| Reg. Fee | $11.50 |
| Handling Charge | $0.00 |
| Postage | $0.98 |
| Received by | [signature] PC |
| Return Receipt | $2.30 |
| Restricted Delivery | $0.00 |

Date Stamp: GRAND CENTRAL STATION NEW YORK — 05/04/11 — MAY 19 2011

Customer Must Declare Full Value $ **$0.00**
Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse)

**FROM:**
10017
Kornfeld & Associates, P.C.
510 Lexington Ave., 17th Floor
New York, NY 10022

**TO:**
Dr. Mohammed Yossry Hussein
c/o New York Inst. of Tech. - Bahrain
P.O. Box 11287 - Campus 851, Block 338, Road 3828
Adliya - Bahrain

PS Form **3806**, May 2007 (7530-02-000-9051)  Receipt for Registered Mail  Copy 1 - Customer
*(See Information on Reverse)*
For domestic delivery information, visit our website at www.usps.com®