# EXHIBIT "D"

# KORNFELD & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
### 570 LEXINGTON AVENUE
### 17TH FLOOR
### NEW YORK, NY 10022

RANDY M. KORNFELD

SCOTT W. PATERSON ***

OF COUNSEL

SAMUEL L. BRAUNSTEIN *
AMY E. TODISCO **

ADMITTED IN CT & TEXAS *
ADMITTED IN CT ONLY **
ADMITTED IN NY & NJ ***

(212) 759-6767
FAX: (212) 759-6766
WWW.KORNFELDASSOCIATES.COM

ONE ELIOT PLACE
FAIRFIELD, CONNECTICUT 06430
(203) 254-1118
FACSIMILE (203) 254-2453

**BY REGISTERED MAIL and INTERNATIONAL FIRST-CLASS MAIL**

May 5, 2011

Dr. Mohamed Yossry Hussein
Infotec Corporation
23 Dr. ElSobky St. (from Dokki St.)
Dokki, Giza, Cairo, EGYPT

Dr. Mohamed Yossry Hussein
c/o New York Institute of Technology-Bahrain
Campus 851, Road 3828, Block 338
P.O. Box 11287
Adliya - BAHRAIN

   *Re:* Dennis Balk v. New York Institute of Technology and Infotec Corp.
     11-cv-0509 (JFB)

Dear Dr. Hussein:

  I am writing in reference to Randy Kornfeld's letter dated May 4, 2011 ("Mr. Kornfeld's May 4 letter"). This office omitted the enclosure to Mr. Kornfeld's May 4 letter. Accordingly, enclosed herewith is a copy of Mr. Kornfeld's letter of May 4, 2011, and the enclosure that was omitted when Mr. Kornfeld's letter was originally sent.

Very truly yours,

Christopher Mikesh
*Paralegal*

Encl.

cc: Neil Sparber, Esq.
  Samantha Beltre, Esq.
  Fulbright & Jaworski, LLP
  *Attorneys for Defendant New York Institute of Technology*
  (by PDF e-mail without enclosures)

# Return Receipt for International Mail
*(Registered™, Insured and Express Mail®)*

**UNITED STATES POSTAL SERVICE®**
*Administration des Postes des Etats-Unis d'Amérique*

**Par Avion**

Postmark of the office returning the receipt / *Timbre du bureau renvoyant l'avis*

Return by the quickest route (air or surface mail), à découvert and postage free. / *A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.*

The sender completes and indicates the address for the return of this receipt. / *(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)*

Name or Firm / *Nom ou raison sociale*: Kornfeld & Associates, P.C.
Street and Number / *Rue et no.*: 570 Lexington Ave. 17th Floor
City, State, and ZIP+4® / *Localité et code postal*: New York, NY 10022

UNITED STATES OF AMERICA / Etats-Unis d'Amérique

**CN07** (Old C5)

PS Form **2865**, March 2007    *Avis de réception*    PS Form 2865, March 2007 (Reverse) PSN 7530-01-000-9775

---

**Completed at destination.** / *(A compléter à destination.)*

☐ Signature of Addressee (Signature) / *(L'envoi mentionné ci-dessus a été dûment livré.)*

☒ The article mentioned above was duly delivered. / *(L'envoi mentionné ci-dessus a été dûment livré.)*

Office of Destination Employee Signature / *(Signature de l'agent du bureau de destination.)*

Date:

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) the employee of the office of destination, if those regulations so provide...

---

**Completed by the office of origin.** / *(A remplir par le bureau d'origine.)*

Item Description / *Nature de l'envoi*:
☒ Registered Article (Envoi recommandé)
☐ Insured Parcel (Colis avec valeur d.)
☐ Letter (Lettre)
☐ Printed Matter (Imprimé)
☐ Other (Autre)
☐ Express Mail International

Insured Value / *Valeur déclarée*:
Article Number: RE 560 312 106 US

Addressee Name or Firm / *(Nom ou raison sociale du destinataire)*:
Dr. Mohamed Yossry Hussein c/o New York Inst. of Tech. - Bahrain

Street and No. / *(Rue et No.)*:
P.O. Box 11287, Campus 851, Road 3828, Block 338

Place and Country / *(Localité et pays)*:
Adliya - Bahrain

Office of Mailing / *(Bureau de dépôt)*:

Date of Posting / *(Date de dépôt)*:

---

## Receipt for Registered Mail

**Registered No.** RE560312106US

| | | |
|---|---|---|
| Reg. Fee | $11.50 | |
| Handling Charge | $0.00 | Return Receipt $2.30 |
| Postage | $1.76 | Restricted Delivery $0.00 |
| Received by | | |
| Customer Must Declare Full Value $ $0.00 | | |

**Date Stamp:** 0010 06 05/05/11

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE    10017

**FROM:**
Kornfeld & Associates P.C.
570 Lexington Ave. Fl. 17
New York, NY 10022

**TO:**
Dr. Mohamed Yossry Hussein
c/o New York Institute of Technology - Bahrain
P.O. Box 11287, Campus 851, Road 3828, Block 338
Adliya - Bahrain

PS Form **3806**, May 2007 (7530-02-000-9051)    Copy 1 - Customer    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®