FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★ AUG 04 2011 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DENNIS BALK,

                Plaintiff,

- against -

NEW YORK INSTITUTE OF TECHNOLOGY and
INFOTEC CORPORATION,

                Defendants.
-----------------------------------------------------------X

Case No. 2:11-CV-00509
(JFB) (AKT)

**STIPULATION AND ORDER**

It is hereby stipulated and agreed by the undersigned counsel, and ordered by the Court, as follows:

1. The clerk's entry of default against Infotec Corporation ("Infotec"), entered on June 20, 2011 (Docket No. 17), is hereby vacated and set aside.

2. The undersigned counsel for Infotec hereby accepts service of the First Amended Complaint, served on July 19, 2011, without prejudice to Infotec's defense based on lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2). Infotec expressly reserves all defenses, with the sole exception that Infotec waives any defenses based on insufficient process under Fed. R. Civ. P. 12(b)(4) and/or insufficient service of process under Fed. R. Civ. P. 12(b)(5).

3. Infotec has filed a motion to dismiss the First Amended Complaint as against Infotec for lack of personal jurisdiction. The parties are discussing the scope and timing of jurisdictional discovery, and following the completion of jurisdictional discovery, the Court will set a briefing schedule on the motion to dismiss the First Amended Complaint under Fed. R. Civ. P. 12(b)(2).

4. This stipulation may be signed in counterparts.

| | |
|---|---|
| Dated: Uniondale, New York<br>July____, 2011 | Dated: New York, New York<br>July ____, 2011 |
| WESTERMAN BALL EDERER<br>MILLER & SHARFSTEIN, LLP | KORNFELD & ASSOCIATES, P.C. |
| By: _____<br>Jeffrey A. Miller, Esq.<br>Daniel G. Lyons, Esq.<br>1201 RXR Plaza<br>Uniondale, New York 11556<br>(516) 622-9200<br>*Attorneys for Defendant Infotec Corp.* | By: _____<br>Randy M. Kornfeld, Esq.<br>570 Lexington Avenue, 17th Floor<br>New York, New York 10022<br>(212) 759-6767<br>*Attorneys for Plaintiff* |
| Dated: New York, New York<br>July 27, 2011 | Dated: New York, New York<br>July ____, 2011 |
| FULBRIGHT & JAWORSKI, LLP | LAW OFFICES OF RIDLEY M. WHITAKER |
| By: /s/ Neil Sparber<br>Neil G. Sparber, Esq.<br>666 Fifth Avenue<br>New York, New York 10103-3198<br>(212) 318-3000<br>*Attorneys for Defendant New York<br>Institute of Technology* | By: _____<br>Ridley M. Whitaker, Esq.<br>570 Lexington Avenue, 17th Floor<br>New York, New York 10022<br>(212) 218-5656<br>*Co-Counsel for Plaintiff* |

SO ORDERED:

_____
Bianco, U.S.D.J.

{00486386v3}

Dated: Uniondale, New York
July 28, 2011

WESTERMAN BALL EDERER
MILLER & SHARFSTEIN, LLP

By: _____
Jeffrey A. Miller, Esq.
Daniel G. Lyons, Esq.
1201 RXR Plaza
Uniondale, New York 11556
(516) 622-9200
*Attorneys for Defendant Infotec Corp.*

Dated: New York, New York
July ___, 2011

FULBRIGHT & JAWORSKI, LLP

By: _____
Neil G. Sparber, Esq.
666 Fifth Avenue
New York, New York 10103-3198
(212) 318-3000
*Attorneys for Defendant New York Institute of Technology*

Dated: New York, New York
July 27, 2011

KORNFELD & ASSOCIATES, P.C.

By: _____
Randy M. Kornfeld, Esq.
570 Lexington Avenue, 17th Floor
New York, New York 10022
(212) 759-6767
*Attorneys for Plaintiff*

Dated: New York, New York
July 27, 2011

LAW OFFICES OF RIDLEY M. WHITAKER

By: _____
Ridley M. Whitaker, Esq.
570 Lexington Avenue, 17th Floor
New York, New York 10022
(212) 218-5656
*Co-Counsel for Plaintiff*

SO ORDERED:   8/4/11

_____
Bianco, U.S.D.J.

{00486386v3}